STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JULIAN A. MAZZUCA, DEFENDANT-PETITIONER.

*Messrs. Goldman, Carlet & Garrison* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the respondent.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT MARS, DEFENDANT-PETITIONER.

See same case below: 107 *N. J. Super.* 36.

*Mr. Stanley C. VanNess* and *Mrs. Susan T. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PAUL SHAVER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

January 27, 1970. Denied.